# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Keon Williams, | ) |
|        Plaintiff, | ) **ORDER FOR MID-DISCOVERY** |
| | ) **STATUS CONFERENCE** |
| v. | ) |
| | ) |
| Robert Roed and Ward County, | ) |
| | ) Case No. 1:25-cv-00049 |
|        Defendants. | ) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on March 2, 2026, at 10:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 19th day of August, 2025.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court