# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Keon Williams, | ) |
|           Plaintiff, | ) **ORDER** |
| v. | ) |
| Robert Roed and Ward County, | ) |
|           Defendants. | ) Case No. 1:25-cv-00049 |

**IT IS ORDERED**:

The mid-discovery status conference on March 2, 2026, shall be rescheduled for March 3, 2026, at 10:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 12th day of November, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court